UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EVA BRATCHER | No. 26 CR 458<br><br>The Honorable Karyn L. Bass Ehler |

**ORDER**

Upon consideration of the United States' Motion for the Issuance of a Summons,

IT IS HEREBY ORDERED that a summons be issued for defendant EVA BRATCHER to appear for initial appearance and arraignment at 11:00 am on October 1, 2026, at 219 South Dearborn Street, Chicago, IL 60604 in Courtroom 1386.

IT IS SO ORDERED:

Karyn L. Bass Ehler
Magistrate Judge
United States District Court
Northern District of Illinois

Date: 9/2/2026