AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

United States of America
v.

EVA BRATCHER

*Defendant*

Case No. 26-CR-458

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: Dirksen Federal Courthouse<br>219 S. Dearborn<br>Chicago, IL 60604 | Courtroom No.: 1386 |
| | Date and Time: 10/01/2026 11:00 am |

This offense is briefly described as follows:

Theft of government funds, namely, Social Security benefits, in violation of Title 18, United States Code, Section 641; Social Security Fraud, in violation of Title 42, United States Code, Section 408(a)(4)

Date: SEP 0 2 2026

[signature]
*Issuing officer's signature*

Travis Grammer
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 9/3/2026

Brooklyn Rager
*Server's signature*

Special Agent Brooklyn Rager
*Printed name and title*

Case No. 26-CR-458

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

**INFORMATION FOR SERVICE**

Name of defendant/offender: Eva Bratcher

Last known residence: 5529 W. Melrose Street, Chicago, IL 60641

Usual place of abode *(if different from residence address)*: ____________

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ____________

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ____________

**PROOF OF SERVICE**

This summons was received by me on *(date)* 9/2/2026.

☐ I personally served the summons on this defendant Eva Bratcher at *(place)* 5529 W. Melrose St, Chicago, IL 60641 on *(date)* 9/3/2026 ; or

☐ On *(date)* ______ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* ______, who is authorized to receive service of process on behalf of *(name of organization)* ______ on *(date)* ______ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: ______.

I declare under penalty of perjury that this information is true.

Date returned: 9/11/2026

Brooklyn Rager
*Server's signature*

Special Agent Brooklyn Rager
*Printed name and title*

Remarks: